

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,084-01

### EX PARTE CASEY LANE DAWSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CVHC-16-0100128 IN THE 198TH DISTRICT COURT FROM BANDERA COUNTY

*Per curiam.*

## O P I N I O N

Applicant was convicted of aggravated assault with a deadly weapon and deadly conduct with a weapon and sentenced to 7 years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Dawson v. State,* No. 04-18-000023-CR (Tex. App.–San Antonio, Dec. 19, 2018). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that trial counsel was ineffective because counsel misunderstood the law concerning probation eligibility when he advised Applicant to go to the judge for sentencing. Based on the record, the trial court has determined that trial counsel's performance was deficient and that Applicant was prejudiced at the punishment phase of his trial.

Relief is granted. *Strickland v. Washington*, 466 U.S. 668 (1984); *Miller v. State,* 548 S.W.3d 497, 499 (Tex. Crim. App. 2018). The sentence in cause number CR-16-0000128 in the 198th District Court of Bandera is vacated and Applicant is remanded to the custody of the Sheriff of Bandera County. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 24, 2021
Do not publish